08 CV 03342

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

INGRAM MARITIME LTD.

                Plaintiff,

  - against -

DEZANDIS; NACHNO CHARTERING LTD.; and
ALQUDRA GENERAL TRADING LLC,

             Defendants.

-------------------------------------------------------X

08 CV _____

ECF CASE

RECEIVED
APR 0 4 2008
U.S.D.C. S.D.N.Y.
CASHIERS

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and

magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney

of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or

affiliates of the Plaintiff:

           NONE.

Dated: April 4, 2008
      Southport, CT

                The Plaintiff,
                INGRAM MARITIME LTD.

                By: _____
                Patrick F. Lennon
                Nancy R. Peterson
                Coleen A. McEvoy
                LENNON, MURPHY & LENNON, LLC
                The Gray Bar Building
                420 Lexington Avenue, Suite 300
                New York, NY 10170
                (212) 490-6050 - phone
                (212) 490-6070 - fax
                pfl@lenmur.com
                nrs@lenmur.com
                cam@lenmur.com