USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07 31 08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INGRAM MARITIME LTD.,

                      Plaintiff,

-against-

DEZANDIS, NACHNO CHARTERING LTD.,
and ALQUDRA GENERAL TRADING L.L.C.,

                      Defendants.

08 Civ. 3342 (LAP)

**EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT**

      WHEREAS on April 4, 2008 plaintiff Ingram Maritime Ltd. filed a Verified Complaint herein for estimated damages amounting to $144,848.11 inclusive of interest, arbitration costs, and attorneys' fees and expenses, and praying for the issuance of an *ex parte* order for Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure; and

      WHEREAS counsel for plaintiff has filed a supporting affidavit describing the efforts made by and on behalf of plaintiff to find and serve the defendants within the district; and

      WHEREAS, an *Ex Parte* Order for Process of Maritime Attachment was entered on April 4, 2008, finding upon review of the Verified Complaint and supporting affidavit, that the conditions of Supplemental Rule B appeared to exist and authorizing attachment of the defendants' property up to the amount of $144,848.11; and

      WHEREAS, counsel for plaintiff has informed the Court by letter dated July 28, 2008 that plaintiff has obtained an arbitration award in London against one or more

defendants and that the principal amount and interest awarded is less than the amount estimated in plaintiff's Verified Complaint; and

WHEREAS, the attorneys for plaintiff have requested that the Court issue a new *ex parte* order that reflects the damages and interest actually recovered in arbitration; it is hereby

ORDERED that the *Ex Parte* Order for Process of Maritime Attachment filed April 4, 2008 **[4]** is amended such that the amount of defendants' property against which Process of Maritime Attachment and Garnishment shall issue is reduced from $144,848.11 to $127,257.75.


SO ORDERED.

Dated: New York, New York
      July 30, 2008

                                              Richard J. Holwell
                                            United States District Judge
                                                    (Part I)