UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
INGRAM MARITIME LTD.,

                    Plaintiff,

- against -

DEZANDIS; NACHNO CHARTERING LTD.; and
ALQUDRA GENERAL TRADING LLC,

                    Defendants.
----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/08

08 CV 3342(LAP)
ECF CASE

**ORDER FOR
RELEASE OF
FUNDS**

      **WHEREAS** on or about April 4, 2008, INGRAM MARITIME LTD. ("Ingram") instituted this action against the Defendants, DEZANDIS, NACHNO CHARTERING LTD. and ALQUDRA GENERAL TRADING, LLC (hereinafter "Alqudra") pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure; and

      **WHEREAS**, Ingram has served Process of Maritime Attachment and Garnishment (the "PMAG") on various garnishees including Citibank; and

      **WHEREAS**, pursuant to service of the PMAG upon it, Citibank has confirmed that it is holding certain funds in the form of Electronic Funds Transfers involving Defendant Alqudra, in the amount of $127,257.75 ("Attached Funds"); and

      **WHEREAS**, Ingram and Alqudra have settled the dispute involving Ingram's claim; and

      **WHEREAS**, pursuant to the parties' settlement agreement, Alqudra has authorized Ingram's counsel, Lennon, Murphy & Lennon, LLC to submit this consent order memorializing the parties' settlement agreement, providing for release and disbursement of the attached funds and dismissal of this action; and

1

**WHEREAS**, by the terms of the settlement agreement, $75,000.00 of the Attached Funds are to be released by Citibank pursuant to written directions to be provided to Citibank by Ingram's undersigned counsel; and

**WHEREAS**, by the terms of the settlement agreement, the balance of all attached funds held by Citibank (or any other garnishee served with the PMAG) are to be released and returned to Defendant Alqudra, pursuant to written instructions to be provided to Citibank (or any other garnishee holding Alqudra's funds) by Ingram's undersigned counsel; and

**WHEREAS**, by the terms of the settlement agreement, once the attached funds have been released by Citibank and received into the designated account(s), this action shall be dismissed.

**NOW, THEREFORE**, it is hereby:

**ORDERED** that Citibank is directed to release attached funds in the sum of $75,000.00 pursuant to written instructions to be separately provided by Ingram's counsel, Lennon, Murphy & Lennon, LLC and that any bank fees associated with the transferring of settlement funds to the appointed account shall not be deducted from the transferred funds; and it is further

**ORDERED** that the $75,000.00 settlement payment from Alqudra shall not be subject to any attachment in New York after those funds are released by Citibank en route to the designated account provided for herein; and

**ORDERED** that Citibank (or any other garnishee holding Alqudra's funds) is directed to release the balance of all attached funds to the Defendant Alqudra, pursuant to written instructions to be provided by Ingram's counsel, Lennon, Murphy & Lennon, LLC; and it is further

ORDERED this Court shall retain jurisdiction to enforce this Order and to enforce any supplemental orders that garnishee Citibank may require to effect the foregoing electronic wire funds transfers; and it is further

ORDERED that once the attached funds have been released by Citibank and/or any other garnishee holding attached funds, and received into the designated account(s), this action shall be, and hereby is, dismissed.

Dated: New York, New York
August 27, 2008

                              LENNON, MURPHY & LENNON, LLC
                              Attorneys for Plaintiff
                              INGRAM MARITIME LTD.

By: _____
Patrick F. Lennon
Coleen A. McEvoy
The Graybar Building
420 Lexington Avenue, Suite 300
New York, NY 10170
Phone (212) 490-6050
Fax (212) 490-6070
pfl@lenmur.com
cam@lenmur.com

SO ORDERED:

The Clerk of the Court Shall mark this action closed and all pending motions denied as moot.

SO ORDERED:

_____
Loretta A. Preska, U.S.D.J.

LORETTA A. PRESKA, U.S.D.J.

August 28, 2008

3